IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cr-00392-MHT |
| | ) | (WO) |
| DEVIN ZIA ADKINS | ) | |

## **AMENDED FORFEITURE MONEY JUDGMENT**

Before the court is the government's motion for an amended forfeiture money judgment (Doc. 102) in the amount of $14,229.97 filed on June 11, 2026.

Being fully advised of the relevant facts, this court hereby finds that the defendant, Devin Zia Adkins, obtained at least $14,229.97 in proceeds from the wire fraud conspiracy to which he pled guilty.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that for good cause shown, the government's motion is granted as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, defendant Devin Zia Adkins shall be held liable for a forfeiture money judgment in the amount of $14,229.97. The defendant will be held jointly and severally liable for the $14,229.97 forfeiture money judgment with any other convicted co-conspirators.

2. Pursuant to 21 U.S.C. § 853(p), and Federal Rule of Criminal Procedure 32.2(e)(1)(B), any future Treasury Offset Program (TOP) offsets captured are hereby forfeited to the United States for disposition according to law. The net proceeds of the forfeited property shall be credited towards the defendant's forfeiture money judgment. The government shall provide an annual accounting to this court, outlining all payments received through the TOP and applied to

2

the defendant's forfeiture money judgment, and updating the court on the defendant's forfeiture money judgment balance.

3.      The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the government up to the amount of the forfeiture money judgment.

4.      This order constitutes the preliminary order of forfeiture required by Fed. R. Crim. P. 32.2(b)(2)(A). This order will become final as to the defendant at sentencing pursuant to Fed. R. Crim. P. 32.2(b)(4)(A).

DONE, this 25th day of June, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2